## DUCKWORTH *v.* THE STATE.

Fish, C. J. 1. There is no complaint that any error was committed upon the trial. The evidence was sufficient to authorize the verdict.

2. On the trial the accused denied that he did the killing, and set up alibi as a defense. The alleged newly discovered evidence related only to alibi, and was not of such character as would probably cause a different result on another trial.

3. The court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1968. June 16, 1920.

Indictment for murder. Before Judge Littlejohn. Sumter superior court. February 14, 1920.

*Dan Chappell,* for plaintiff in error.

*Clifford Walker, attorney-general, Jule Felton, solicitor-general,* and *M. C. Bennet,* contra.